**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  06-cv-02005-REB-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: April 5, 2007** | **Courtroom Deputy:** Ben Van Dyke |

JOSEPH TEAGUE,                                              Jason Cuerdon

    **Plaintiff,**

v.

AURORA POLICE OFFICER DAVID GALLEGOS,      Julie A. Bannon
in his individual capacity,                                           Mike Lowe

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        8:45 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**ORDERED:** The Unopposed Motion to File Amended Complaint [filed March 10, 2007; doc. 24] is granted.  The Amended Complaint, tendered March 10, 2007 as Exhibit A to document 24, is hereby accepted for filing.

**ORDERED:** The Motion for Withdrawal of Appearance [filed March 12, 2007; doc. 26] is granted.  Marc F. Colin is withdrawn as counsel for record in the above captioned matter.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off: **July 27, 2007.**

Dispositive Motions deadline:  **August 31, 2007.**

Parties shall designate affirmative experts **on or before June 1, 2007.**

Parties shall designate rebuttal experts **on or before July 2, 2007.**

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE** is set for **May 7, 2007 at 10:30 a.m**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

**ORDERED:** The plaintiff and his case manager shall appear by telephone for the settlement conference by contacting Magistrate Judge Shaffer's chambers at (303) 844-2117.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before May 3, 2007** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**FINAL PRETRIAL CONFERENCE** is set for **October 10, 2007 at 9:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a four (4) DAY Trial to a Jury.

!	Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:	9:00 a.m.**
Total time in court:	00:15