IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-02005-REB-CBS

JOSEPH TEAGUE,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO,
a municipality,
CURRENT AURORA POLICE CHIEF DANIEL OATS,
in his official and individual capacity,
FORMER POLICE CHIEF RICKY BENNETT,
in his official and individual capacity,
AURORA POLICE OFFICER DAVID GALLEGOS,
in his official and individual capacity,
AURORA POLICE OFFICER JOSEPH S. D'AGOSTA,
in his official and individual capacity,
AURORA POLICE OFFICER ERIC STEWART,
in his official and individual capacity,
AURORA POLICE OFFICER MIKE GASKILL,
in his official and individual capacity,
AURORA POLICE OFFICER JIM GENTRY,
in his official and individual capacity.

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Deposition of Inmate (*doc. no. 34*) is **GRANTED**. The deposition of Mr. Teague shall go forward on May 2, 2007, at the Colorado Department of Corrections Trinidad Correctional Facility.

**DATED:**    April 30, 2007