**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02005-REB-CBS

JOSEPH TEAGUE,

    Plaintiff

v.

AURORA POLICE OFFICER DAVID GALLEGOS, in his individual capacity,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter comes before the court on defendant's **Unopposed Motion for Permission To File Motion for Summary Judgment in Excess of Page Limit** [#38], filed August 24, 2007. The motion is **DENIED** for failure to state good cause.

    **IT IS FURTHER ORDERED** that **Defendant's Motion for Summary Judgment Pursuant to F.R.Civ.P 56** [#39], filed August 24, 2007, is **STRICKEN**.

    Dated: August 24, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.